```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| UNITED STATES, | CIVIL ACTION NO. 11-4988 (MLC) |
| Plaintiff, | **ORDER & JUDGMENT** |
| v. |  |
| WILLIAM B. GALLAGHER, JR., et al., |  |
| Defendants. |  |

For the reasons stated in the Court's Opinion, dated May 6, 2013, **IT IS** on this   6th   day of May, 2013, **ORDERED** that the plaintiff's motion for entry of judgment by default against the defendants Schibell & Mennie, LLC, Sharon Sutton, Allen Sutton, and the State of New Jersey (dkt. entry no. 43) is **GRANTED**; and

**IT IS FURTHER ADJUDGED** that the defendants Schibell & Mennie, LLC, Sharon Sutton, Allen Sutton, and the State of New Jersey have no interest in the real property and stock at issue, which are described in ¶¶ 27 and 29 of the Second Amended Complaint, in this action; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action insofar as it has been brought against the defendants Schibell & Mennie, LLC, Sharon Sutton, Allen Sutton, and the State of New Jersey as **TERMINATED**.

                                        s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge