UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES, | : | CIVIL ACTION NO. 11-4988 (MLC) |
| Plaintiff, | : | **O R D E R** |
| v. | : | |
| WILLIAM B. GALLAGHER, JR., et al., | : | |
| Defendants. | : | |

For the reasons stated in the Court's Opinion, dated May 6, 2013, **IT IS** on this   6th   day of May, 2013, **ORDERED** that the plaintiff's motion for summary judgment (dkt. entry no. 44) is **DENIED WITHOUT PREJUDICE**, with leave to the plaintiff to so move anew: **(1)** upon a proper notice of motion, **(2)** in strict accordance with the guidance provided in the Opinions dated November 26, 2012, and May 6, 2013, respectively, and **(3)** in accordance with both the Federal Rules of Civil Procedure and the Local Civil Rules.

       s/ Mary L. Cooper       
**MARY L. COOPER**
United States District Judge